**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| National Casualty Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Deborah A. Becker, individually and | ) | |
| as personal representative of the Estate of | ) | |
| Larry D. Becker, | ) | |
| | ) | Case No. 4:12-cv-100 |
| Defendant. | ) | |

Before the court is the defendant's motion for attorney Torger Oaas to appear *pro hac vice* on her behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Torger Oaas has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk.  Accordingly, the defendant's motion (Docket No. 3) is **GRANTED**. Attorney Torger Oaas  is admitted to practice before this court in the above-entitled action on behalf of the defendant.

> **IT IS SO ORDERED.**

> Dated this 6th day of August, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge